**ORDER**

The parties having stipulated and agreed, the Court STAYS further proceedings on Petitioner's motion for attorney fees until the Supreme Court issues its decision in *Montoya Palacios*.

IT IS SO ORDERED.

DATED this 2nd day of September, 2026

Jamal N. Whitehead
United States District Judge